JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH G. KARMO, | No. CV 18-9148 PA (AGRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| MORGAN CREEK ENTERTAINMENT GROUP, et al., | |
| Defendants. | |

In accordance with the Court's April 12, 2019 Order granting the Motion to Dismiss Amended Complaint filed by defendants Morgan Creek Entertainment Group; Lionsgate Entertainment; Summit Entertainment LLC; Lenton T. Hutton; David C. Robinson; James G. Robinson; Steven G. Bagatourian; Jeremy Haft; and Eddie Gonzalez, and joined in by defendants International Creative Management Partners LLC d/b/a ICM Partners and Harley Copen (all collectively, "Defendants"), and the Court's May 17, 2019 Order dismissing the Amended Complaint with prejudice, it is ORDERED, ADJUDGED, and DECREED that:

1. Plaintiff Joseph G. Karmo takes nothing;

2. The action is dismissed with prejudice, and Defendants are entitled to recover their costs of suit.

DATED: May 17, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE